In the Matter of the Application to Revoke the Probate of the Will of MARY A. LINE, Deceased.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

EDWARD J. GOODWIN, etc., Respondent, v. THE WESTCOTT WHITMORE COMPANY, Appellant.— Motion to dismiss appeal denied, without costs.

EMMA R. GARRETSON, Executrix, etc., Appellant, v. AMERICAN SEATING COMPANY and Others, Respondents.— Motion to strike case from the calendar granted. All the papers recited in the order as having been used upon the motion should be printed in the record on appeal. It appearing that this has not been done, the appeal is stricken from the calendar.

JOHN H. VANDENBERG, Respondent, v. MARTINA J. VANDENBERG, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by March twenty-fifth and be ready to argue the appeal on March 28, 1922.

EDDIE MILLER, Respondent, v. EDWARD KRATTS, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by March twenty-fifth and be ready for argument on March 27, 1922.

GEORGE F. DEMING, Respondent, v. ANSON TOBIAS, Appellant.— Motion granted and appeal dismissed, without costs.

FRED E. FOOTE, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by March twenty-third, pay to respondent's attorneys ten dollars and be ready for argument March 28, 1922.

ANNA RENDELL, Respondent, v. ALBERT RENDELL, Appellant.— Motion for stay denied. Order reversed and motion denied, without costs. Held, that the Special Term had no authority to make the order after the entry of judgment. All concur, except Sears, J., not voting.

In the Matter of the Claim of FRANK RAYMOND, Respondent, v. FANNIE KELLY, as Executrix, etc., of ANDREW DAVIS, Deceased, Appellant.— Decree modified by deducting from the recovery in favor of claimant the sum of $2,060, as of the date of entry thereof, being the amount Davis paid upon the Braemer option and contract retained by Raymond, and as so modified the decree is affirmed, without costs of this appeal to either party. All concur. [See 202 App. Div. 774.]

JOSEPH KAISER, Respondent, v. FRANK W. POSTLE, Appellant.— Judgment and order affirmed, with costs. All concur.

MICHELE MORELLI, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, upon the authority of *Pataki* v. *Standard Accident Ins. Co.* (228 N. Y. 585) and *Bollard* v. *New York Life Ins. Co.* (Id. 521). All concur.

ALFRED ATHERTON, Respondent, v. WILLIAM YOUNG and Others, Appellants.— Judgment and order affirmed, with costs. All concur.

HAZEL W. BRUCE, Respondent, v. ROY S. RUDMAN, Appellant.— Judgment and order affirmed, with costs. All concur, Davis, J., not sitting.

GRAHAMS, LIMITED, Respondent, v. GEORGE HALLAUER, Appellant.— Judgment affirmed, with costs. The plaintiff's objection to the receipt in evidence by this court of the certificate of the Secretary of State is sustained and the motion is denied. All concur.